1078

No. 98–6694.  CATO RIGGS *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 98–6701.  TAYLOR *v.* PULLINS ET AL.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 98–6703.  ALLEN *v.* MAHONEY, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 98–6709.  MIZE *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 98–6711.  JOHNSON *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 98–6712.  MAY *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 98–6717.  McLAURIN *v.* TRENT, WARDEN.  Sup. Ct. App. W. Va.  Certiorari denied.

No. 98–6718.  NAGY *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 98–6719.  JACKSON *v.* KUHLMANN, SUPERINTENDENT, SULLIVAN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 98–6720.  PECK *v.* CHAFIN, JUDGE, CIRCUIT COURT OF WEST VIRGINIA, WAYNE COUNTY, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–6723.  PEDONE *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–6724.  PALMISANO *v.* UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT.  C. A. 7th Cir.  Certiorari denied.

No. 98–6725.  STRUSS *v.* STRACK, SUPERINTENDENT, FISHKILL CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.